

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Nestor Paul Hernandez-Morales

**Plaintiff,**

**V.**

**Defendant.**

**Civil Action No.** 25-cv-2551-BJC-MMP

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motion for a temporary restraining order is DENIED, and the petition that seeks the same relief is DISMISSED.

**Date:** 10/15/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ D. Martinez
D. Martinez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-2551-BJC-MMP

Pam Bondi Attorney General of the United States, in her official capacity; Kristi Noem Attorney General of the United States, in her official capacity; Todd Lyons Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Patrick Divver, ICE Field Office Director for San Diego County, in his official capacity